## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **MARIA MALDANADO,** | |
| **Plaintiff,** | **CASE NO.  1:09-cv-01166-JDB-egb** |
| **v.** | |
| **THE PICTSWEET CO.,** | **Jury Trial Demanded** |
| **Defendant.** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant, through their respective counsel, file this Stipulation of Dismissal, hereby dismissing with prejudice all claims of any type or nature made by Plaintiff against Defendant.  Each party to bear its own costs.

This the 22nd day of December, 2009.

Respectfully submitted,

s/ Jonathan L. Bobbitt
JONATHAN L. BOBBITT (#023515)
GILBERT RUSSELL MCWHERTER PLC
101 N. Highland
Jackson, TN  38301
Ph.: (731) 664-1340
Fax: (731) 664-1540

COUNSEL FOR PLAINTIFF

__/s/ N. Victoria Holladay
N. VICTORIA HOLLADAY (#18487)
FORD & HARRISON, LLP
795 Ridge Lake Blvd., Suite 300
Memphis, TN 38120
Ph.: (901) 291-1500
Fax: (901) 291-1501

COUNSEL FOR DEFENDANT