# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **MARIA MALDANADO,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**THE PICTSWEET CO.,**<br><br>　　　　**Defendant.** | **CASE NO. 1:09-cv-01166-JDB-egb**<br><br>**Jury Trial Demanded** |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

　　Considering that, through their respective counsel of record, the parties to this action have agreed to the dismissal with prejudice of all claims made herein by the filing of a Stipulation of Dismissal With Prejudice, pursuant to Federal Rule of Civil Procedure 41(a), and the Court finding such dismissal with prejudice to be proper;

　　IT IS HEREBY ORDERED AND ADJUDGED that all claims made herein are hereby dismissed with prejudice, each party to bear its own costs.

　　ENTERED this 22nd day of December, 2009.

　　　　　　　　　　　　　　　　　　　　s/ J. DANIEL BREEN
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE