# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

MARIA MALDANADO,
Plaintiff,

v.                                        CASE NUMBER: 1:09-cv-1166-B

THE PICTSWEET CO.,
Defendant,

Decision by Court.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 12/22/2009, this case is hereby Dismissed with prejudice, each party to bear its own costs.

**APPROVED:**

                                        s/J. Daniel Breen
                                        United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**